IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALEJANDRO MEMIJE-FUENTES,<br><br>        Defendant. | 4:14CR3047<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The motion of attorney Nancy Peterson to withdraw as counsel of record for defendant Alejandro Memije-Fuentes, (Filing No. 35), is granted.

2) The clerk shall delete Nancy Peterson from any future ECF notifications herein.

May 5, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge