IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:14-CR-3047** |
| vs. | |
| ALEJANDRO MEMIJE-FUENTES, | **ORDER** |
| Defendant. | |

IT IS ORDERED that:

1.    The government's unopposed motion to continue sentencing (filing 67) is granted.

2.    Defendant Alejandro Memije-Fuentes' sentencing is continued to November 6, 2014, at 2:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 2nd day of October, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge